# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00723-CV

**R. Thomas Franklin, former Executor of the Estate of O. C. Haley, Deceased; Grady L. Roberts, Jr.; and Edward L. Piña, Appellants**

**v.**

**Johanna Haley, Applicant and Executrix of the Estate of O. C. Haley, Deceased; Eccles & McIntosh, P.C., Attorneys for Independent Executrix, Johanna Haley; Texas State University; Texas State University Alumni Association; and Texas State University Foundation, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 15-0162-P, THE HONORABLE DAVID GLICKLER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants R. Thomas Franklin, former Executor of the Estate of O.C. Haley, Deceased; Grady L. Roberts; and Edward L. Piña have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellants' Motion

Filed: February 12, 2019